### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOPI TRIBE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02590 (TSC) |
| UTAH DINÉ BIKÉYAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02605 (TSC) |
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02606 (TSC) <br><br> **CONSOLIDATED CASES** |

### NOTICE OF APPEARANCE

The undersigned appears as counsel for the State of Utah. Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings,

correspondence, papers, and other materials relevant to this action should be directed to and served on:

KATHY A.F. DAVIS
Assistant Attorney General
1594 W North Temple
Salt Lake City, Utah 84116
kathydavis@agutah.gov

DATED this 13th day of July 2023.

/s/Kathy A.F. Davis
Kathy A.F. Davis
Assistant Utah Attorney General

**CERTIFICATE OF SERVCE**

I hereby certify that on July 13, 2023, the undersigned electronically transmitted the foregoing **NOTICE OF APPEARANCE OF KATHY A.F. AVIS AS COUNSEL FOR THE  STATE of UTAH** to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record: